FILED
CLERK, U.S. DISTRICT COURT
FEB 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY YC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Phillip John Struble DEFENDANT(S). | CASE NUMBER 10-309M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __February 19__, __2010__, at __9:30__ ☑a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or __312 North Spring St., 3d Floor__ (Other custodial officer) and produced for the hearing.

Dated: __2/16/10__

_[signature]_
U.S. District Judge/Magistrate Judge